| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wells, Lesley B | 2. Court or Organization<br><br>U.S. District Court, ND OH | 3. Date of Report<br><br>5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>801 West Superior Avenue<br><br>18A United States Court House<br><br>Cleveland, Ohio 44113 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 A 11: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Ohio Public Employees Retirement System | 26,387 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Squire, Sanders, & Dempsey - Law Firm |
| 2. | 2004 | Wheeling & Lake Erie Railway - Director |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Century Financial Corp. Of Michigan Securities | C | Dividend | L | T | | | | | |
| 2. General Motors Securities | A | Dividend | J | T | | | | | |
| 3. Key Corp. Securities | B | Dividend | K | T | | | | | |
| 4. Ohio St. Water Dev. Authority Municipal Bonds | B | Interest | K | T | | | | | |
| 5. Erie County OH Hospital Improvement Municipal Bonds | A | Interest | | | Redmption | 1/2 | J | | |
| 6. Columbus, OH Municipal Bonds | B | Interest | | | Sell | 8/17 | K | B | |
| 7. Clermont County OH Hosp. Muni. Bonds | A | Interest | | | Redmption | 1/2 | K | | |
| 8. Montgomery County Municipal Bonds | A | Interest | J | T | | | | | |
| 9. Ohio St. Bldg. Facilities Municipal Bonds | A | Interest | | | Sell | 6/25 | K | A | |
| 10. Cuyahoga Cnty Hosp. Rev. Cleve.-Fairview Muni. Bonds | A | Interest | J | T | | | | | |
| 11. Lorain, OH Municipal Bonds | A | Interest | J | T | | | | | |
| 12. Aurora, OH City Sch. Dist. Municipal Bonds | A | Interest | | | Sell | 8/17 | K | A | |
| 13. Ohio Higher Education Fac. Municipal Bonds | A | Interest | | | Redmption | 11/15 | J | A | |
| 14. Hamilton Cty. OH Sewer System Municipal Bonds | B | Interest | K | T | | | | | |
| 15. Ohio Higher Ed. Fac. - Unv. Dayton Municipal Bonds | | None | | | Sell | 5/18 | L | A | |
| 16. Lake County OH Hosp. Imp. Municipal Bonds | B | Interest | | | Redmption | 12/27 | K | | |
| 17. Fairfield Cty OH Hosp. Imp. Municipal Bonds | A | Interest | J | T | | | | | |
| 18. Cleveland, OH Parking Facilities Municipal Bonds | B | Interest | K | T | Purchase | 6/17 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. OH Municipal Electric Municipal Bonds | A | Interest | | | Redmption | 2/17 | K | | |
| 20. | A | Interest | | | Sell | 9/2 | J | A | |
| 21. Mahoning Cty. OH Hosp. Fac. Municipal Bonds | A | Interest | K | T | | | | | |
| 22. Cuyahoga Cty. OH MetroHealth Hosp. Rev. Municipal Bonds | A | Interest | K | T | | | | | |
| 23. Ohio Turnpike Commission Municipal Bonds | B | Interest | K | T | | | | | |
| 24. Cuyahoga Cty. OH University Hosp. Rev. Municipal Bonds | A | Interest | K | T | | | | | |
| 25. Lorain Cty. OH Hosp. Rev. Municipal Bonds | B | Interest | K | T | | | | | |
| 26. Merrill Lynch CMA Money Fund | A | Interest | J | T | | | | | |
| 27. Merrill Lynch CMA Money Fund | A | Interest | J | T | | | | | |
| 28. Ohio St. HEF Commn. Rv. Ed | A | Interest | J | T | | | | | |
| 29. Ohio St. Water Div. At Pollt. | A | Interest | K | T | | | | | |
| 30. Wyoming OH City School District Bonds | A | Interest | J | T | | | | | |
| 31. Cleveland OH Waterworks Bonds | A | Interest | K | T | Purchase | 7/22 | J | | |
| 32. | | | | | Purchase | 8/16 | J | | |
| 33. Pickerington OH Local School District Bonds | A | Interest | J | T | | | | | |
| 34. Cleveland, OH Arpt. Syst. Bonds | A | Interest | K | T | | | | | |
| 35. Ohio Turnpike Commission Municipal Bonds | A | Interest | K | T | | | | | |
| 36. Huntington National Bank | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wells, Lesley B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Kings Local Sch. Dist. Bonds | A | Interest | J | T | | | | | |
| 38. Indian Lake Ohio Local Sch. Bond | A | Interest | J | T | | | | | |
| 39. Mahoning Cnty Ohio Hosp Bond | A | Interest | K | T | Purchase | 12/2 | J | | |
| 40. Puerto Rico Elec. Pwr. Bond | A | Interest | J | T | | | | | |
| 41. Puerto Rico Comwlth. Bond | B | Interest | K | T | | | | | |
| 42. Puerto Rico Pub Fin. Corp Bond | A | Interest | J | T | | | | | |
| 43. Massillon Oh Var. Purp Parks Bond | A | Interest | K | T | | | | | |
| 44. Puerto Rico Elec Pwr. At RV Bond | A | Interest | J | T | | | | | |
| 45. Puerto Rico Pub. Bldgs Bond | A | Interest | K | T | | | | | |
| 46. Eaton Oh City Sch. Dist. Bond | A | Interest | J | T | | | | | |
| 47. Ohio State Higher Edl. Fac. | A | Interest | J | T | | | | | |
| 48. Ohio State Water Dev. Authority Municipal Bonds | B | Interest | K | T | | | | | |
| 49. Puerto Rico Commonwealth Spl. Tax | A | Interest | K | T | Purchase | 12/6 | K | | |
| 50. Cincinnati OH City School Impt. | A | Interest | J | T | | | | | |
| 51. Puerto Rico Commonwealth Hwy. Trn. | A | Interest | | | Sell | 7/22 | K | A | |
| 52. Franklin County OH Conv. Facs. | A | Interest | K | T | | | | | |
| 53. Puerto Rico Pub. Fin. Corp. Commonwealth | A | Interest | J | T | | | | | |
| 54. Cleveland OH Airport System | B | Interest | K | T | Purchase | 1/22 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. University Of Cincinnati | A | Interest | J | T | | | | | |
| 56. Columbiana County Municipal Bonds | A | Interest | K | T | | | | | |
| 57. Lucas County OH Promedia Hosp. Rev. Municipal Bonds | A | Interest | J | T | Purchase | 9/2 | J | | |
| 58. Greene County OH Sewer System Municipal Bonds | A | Interest | J | T | Purchase | 11/10 | J | | |
| 59. Green County OH Sewer System Municipal Bonds | A | Interest | K | T | Purchase | 6/25 | K | | |
| 60. Ohio St. Air Quality Muncipal Bonds | A | Interest | J | T | Purchase | 5/26 | J | | |
| 61. Hamilton County OH Sales Tax Municipal Bonds | A | Interest | K | T | Purchase | 5/19 | J | | |
| 62. | | | | | Purchase | 7/23 | J | | |
| 63. Hamilton County OH Sales Tax Municipal Bonds | A | Interest | K | T | Purchase | 4/12 | J | | |
| 64. | | | | | Purchase | 12/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wells, Lesley B | 5/6/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part VII, Lines 26 and 27:

These accounts were labeled "CMA Money Fund" on the 2003 report.

Part VII:

Prior year Line 51 was removed since the account no longer meets the requirements for disclosure.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wells, Lesley B | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date 9 May 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544